# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | 2:11-cr-419-MMD-PAL |
| Plaintiff, | |
| v. | **Order Granting Motion to Dismiss Indictment** |
| **Laura Ann McDougall,** | |
| Defendant. | |

This matter comes before the Court on the motion of the United States to dismiss the indictment against defendant Laura Ann McDougall because she successfully completed the Pretrial Diversion Agreement she had entered into with the government in this case.

Accordingly, IT IS HEREBY ORDERED that the indictment against McDougall is dismissed.

DATED this 9th day of July, 2014.

_____
United States District Judge

3